**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert Seaman DRABECK, Jr.,
Defendant–Appellant.**

No. 89–30237.

United States Court of Appeals,
Ninth Circuit.

Oct. 11, 1990.

### ORDER

Before GOODWIN, Chief Judge, and BROWNING, WALLACE, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ and RYMER, Circuit Judges.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

The mandate is recalled.

**Daryl A. MILLER, Plaintiff–Appellant,**

v.

**AT & T NETWORK SYSTEMS, an AT & T Technologies, Inc., Group, Defendant–Appellee.**

No. 89–35783.

United States Court of Appeals,
Ninth Circuit.

Submitted July 26, 1990.

Decided Oct. 18, 1990.

James M. Brown, Enfield, Guimond & Brown, Salem, Or., for plaintiff-appellant.

Jeffrey M. Batchelor, Spears, Lubersky, Bledsoe, Anderson, Young & Hilliard, Portland, Or., for defendant-appellee.

Before GOODWIN, Chief Judge,
NELSON and LEAVY, Circuit Judges.

PER CURIAM:

We affirm the judgment of the district court and adopt its opinion published in 722 F.Supp. 633 (D.Or.1989).

AFFIRMED.